# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO,<br><br>          Plaintiff,<br><br>    v.<br><br>OFFICER ROBERT ALVARADO, et al.,<br><br>          Defendants. | Case No. SACV 13-01428-JAK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed with prejudice.

DATED: 6/16/15

                                                    JOHN A. KRONSTADT<br>
                                        UNITED STATES DISTRICT JUDGE